IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORKSCREW MINING VENTURES, LTD., | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 09-537 (SLR) |
| v. | ) ) ) | |
| PREFERRED UNLIMITED INC., and PREFERRED REAL ESTATE INVESTMENTS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATION OF RICHARD H. CROSS, JR.
IN ACCORDANCE WITH U.S. DIST. CT., D. DEL., R. 7.1.1**

I, Richard H. Cross, Jr., hereby certify that I, and attorneys in my firm, have in good faith conferred or attempted to confer with counsel for Defendants in an effort to obtain resolution of the matters set forth in Plaintiffs' Motion for Remand to State Court [D.I. No. 5].

Prior to Defendants filing the Notice of Removal [D.I. No. 1] Counsel for Plaintiff had multiple discussions with Counsel for Defendants pertaining to removal and the correct parties to the litigation. Counsel for Plaintiff and Counsel for Defendants could not come to agreement, and Defendants filed their Notice of Removal on July 24, 2009.

Richard H. Cross, Jr. (No. 3576)