IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORKSCREW MINING VENTURES, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 09-00537-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| PREFERRED UNLIMITED INC., and PREFERRED REAL ESTATE INVESTMENTS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT

STATE OF __PA__          :
                         : SS
COUNTY OF __Montgomery__ :

Affiant, William L. Oliver, being duly sworn, depose and state as follows:

1. I am a member of Tailwind V.C., LLC ("Tailwind"). I have been a member of Tailwind since __2001__.

2. I am a resident of the State of __Pennsylvania__.

3. I have continuously been a resident of the State of __Pennsylvania__ since __1957__ (year).

4. My primary residence is located in __Newtown Square__ (town), __Pennsylvania__ (state).

5. I am licensed to drive in the State of __Pennsylvania__ (state), and have been licensed to drive in that State since __1960__ (year).

6. I am a registered voter in the State of _Pennsylvania_.

7. My income taxes are paid to the State of _Pennsylvania_.

8. While I do own a vacation home in the State of Colorado, it is not my primary residence, I am not licensed to drive in Colorado, I am not registered to vote in the State of Colorado, and do not pay state income taxes in Colorado.

9. I am currently retired; however, I was an employee of Oliver Sprinkler Company ("Oliver") which is located in _King of Prussia_ (town), _Pennsylvania_ (state), and was an employee of Oliver since _1968_ (year).

_____
William L. Oliver

The foregoing Affidavit was subscribed and sworn to before me this _12th_ day of October, 2009.

_____
Notary Public
My Commission expires: _7/12/10_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Carla C. Jones, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires July 12, 2010
Member, Pennsylvania Association of Notaries