# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORKSCREW MINING VENTURES, LTD., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) C.A. No. 09-537 (SLR) |
| PREFERRED UNLIMITED INC., and PREFERRED REAL ESTATE INVESTMENTS, INC. F/K/A PREFERRED UNLIMITED, INC. | ) ) ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT

STATE OF PENNSYLVANIA :
                                              :
COUNTY OF MONTGOMERY :

Affiant, Mike O'Neill, being duly sworn, deposes and states as follows:

1. I am over 18 years of age and I am otherwise competent to make this sworn Affidavit. I have personal knowledge of the matters set forth in this Affidavit.

2. I am Mike O'Neill. I have worked at Preferred Real Estate Investments, Inc. f/k/a Preferred Unlimited, Inc. for 17 years in the capacity as President.

3. Preferred Real Estate Investments, Inc. f/k/a Preferred Unlimited, Inc. and Preferred Unlimited Inc. are not the same entities. Preferred Real Estate Investments, Inc. f/k/a Preferred Unlimited, Inc. is and always was a Pennsylvania corporation. Preferred Unlimited Inc. is and always was a Delaware corporation. The two entities maintain separate bank accounts, books and records, and management.

4. Preferred Unlimited Inc. is neither a successor nor a predecessor company of Preferred Real Estate Investments, Inc. f/k/a Preferred Unlimited, Inc.

5. The representation to the United States District Court for the Middle District of Florida that Preferred Real Estate Investments, Inc. f/k/a Preferred Unlimited, Inc. is a Delaware corporation was a mistake.

6. Preferred Real Estate Investments, Inc. f/k/a Preferred Unlimited, Inc. is a party to the agreement of September 19, 2007 that is at issue in the above-captioned action (the "Agreement").

7. Preferred Unlimited Inc. incorporated in Delaware on September 10, 2008.

8. Preferred Unlimited Inc. is not a party to the Agreement. Preferred Unlimited Inc. was not formed and did not exist at the time the Agreement was signed in September 2007. The Agreement was signed in September 2007 but Preferred Unlimited Inc. incorporated in September 2008, one year after the Agreement was signed.

9. There has been no assignment, novation, or transfer of interest relating to the Corkscrew Mine or the Agreement from Preferred Real Estate Investments, Inc. f/k/a Preferred Unlimited, Inc. to Preferred Unlimited Inc. or any other entity whatsoever.

10. Preferred Unlimited Inc. does not currently have and never has had a financial interest in the Corkscrew Mine or the Agreement.

11. Preferred Real Estate Investments, Inc. f/k/a Preferred Unlimited, Inc. has not fraudulently transferred assets to Preferred Unlimited Inc. or any other entity whatsoever for the purpose of defeating the claims of any creditor.



Mike O'Neill

Sworn to before me this

21st day of December, 2009

_____
Notary Public

```
NOTARIAL SEAL
LIA TRYON
Notary Public
PHILADELPHIA CITY, PHILADELPHIA CNTY
My Commission Expires May 7, 2012
```

H:\My Documents\Corkscrew\PREI Affidavit (O'Neill).docx