OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo CLERK

LOCKBOX 18 844 KING STREET U.S.
COURTHOUSE WILMINGTON,
DELAWARE 19801 (302) 573-6170

January 19, 2010

**New Castle County Court of Chancery**
**Attn: Clerk**
**New Castle County Courthouse**
**500 North King Street**
**Wilmington, DE 19801**

      RE:    <u>Corkscrew Mining Ventures Ltd. V. Preffered Unlimited Inc. et al.</u>
             USDC/DE Civil Action No.: 09-537 SLR

Dear Clerk:

     Pursuant to the Remand Order dated 01/19/10 signed by the Honorable Sue L. Robinson, transferring the above captioned case to your Court, enclosed please find the following items:

     ( X ) Certified copy of the So Ordered entry of Remand

     Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

     Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: _____
       Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on   1/20/10  .

_____
Signature